IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CHECK RESOLUTION, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-cv-4503-TWT-WEJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Samantha Thomas hereby voluntarily dismisses this action with prejudice.

Submitted this 17th day of December 2021.

    /s Jennifer K. Coalson
Jennifer K. Coalson, Esq.
Georgia Bar No. 266989

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth St., Suite 2600
Atlanta, Georgia 30309
(404) 873–8000
jcoalson@pcwlawfirm.com

*Counsel for Plaintiff*